**Wayne WILKINSON, Appellant (Defendant below),**

v.

**The STATE of Wyoming, Appellee (Plaintiff below).**

**No. 4884.**

Supreme Court of Wyoming.

April 10, 1978.

Wyatt R. Skaggs, Director, Natrona County Public Defender, Casper, for appellant.

V. Frank Mendicino, Atty. Gen., Gerald A. Stack, Deputy Atty. Gen., and Allen C. Johnson, Asst. Atty. Gen., Cheyenne, for appellee.

Before GUTHRIE, C. J., and McCLINTOCK, RAPER, THOMAS and ROSE, JJ.

PER CURIAM.

The order of the district court revoking probation is affirmed upon the authority of *Knobel v. State of Wyoming,* Wyo., 576 P.2d 941.